UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

**Charles Beck**   Case No. 10-64377
    Debtors.   Honorable McIvor
_____/   Chapter 13

## ORDER APPROVING FEE APPLICATION THROUGH DISMISSAL

This matter having come before the Court upon the application of Marrs & Terry, PLLC, and all interested parties having been served with notice of the application and the provisions of LBR 2016 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

   | | |
   |---|---|
   | PRIOR AWARD(S) FOR FEES: | $0.00 |
   | PRIOR AWARD(S) FOR COSTS: | $0.00 |
   | TOTAL AWARD TO DATE: | $0.00 |
   | THIS AWARD FOR FEES: | $4296.50 |
   | THIS AWARD FOR COSTS: | $36.86 |
   | TOTAL THIS AWARD: | $4333.36 |
   | GRAND TOTAL FEES AND COSTS | $4333.36 |
   | LESS AMOUNT PAID BY DEBTOR AND TRUSTEE | ($0.00) |
   | **BALANCE TO BE PAID BY TRUSTEE** | **$4333.36** |

2. This award covers services rendered and expenses incurred during the time period of 6/4/2010 through 3/24/2011.

3. To the extent that fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal.

.

**Signed on May 02, 2011**

/s/ Marci B. McIvor
　　　　Marci B. McIvor
　　　　United States Bankruptcy Judge